# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**CHRISTOPHER B. STOUT,**

      **Plaintiff,**

  v.                                                Case No.:  2:15-cv-2812
                                                              JUDGE GEORGE C. SMITH
                                                              Magistrate Judge Jolson

**UNITED STATES OF AMERICA,**

      **Defendant.**

## ORDER

      This case is before the Court to consider an Order and Report and Recommendation issued by the Magistrate Judge on April 26, 2016 (Doc. 17).  The time for filing objections has passed, and no objections have been filed to the Order and Report and Recommendation. Therefore, the Court **ADOPTS and AFFIRMS** the Order and Report and Recommendation. Defendant's Motion for an Extension of Time is **DENIED** and Defendant's Motion to Dismiss is **DENIED AS MOOT**.

      The Clerk shall remove Documents 10, 11, and 17 from the Court's pending motions list.

          **IT IS SO ORDERED.**

                                                  */s/ George C. Smith*
                                                  **GEORGE C. SMITH, JUDGE**
                                                  **UNITED STATES DISTRICT COURT**